NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DARLENE PATRICE BENNETT,**

*Petitioner*

**v.**

**DEPARTMENT OF COMMERCE,**

*Respondent*

---

2022-2004

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-21-0142-I-1.

---

Before HUGHES, WALLACH, and STOLL, *Circuit Judges.*

PER CURIAM.

### O R D E R

In response to this court's August 29, 2022, show cause order, the Department of Commerce urges transfer of this mixed case to the United States District Court for the District of Maryland, noting Darlene Patrice Bennett "has brought related claims alleging discrimination" in that court. ECF No. 20 at 2. Ms. Bennett does not oppose transfer to a court where this court "believe[s] the case should be placed and has jurisdiction" and requests that if the matter is transferred, it be transferred to the United States

2                                                    BENNETT v. COMMERCE

District Court for the District of Columbia or the United States District Court for the District of Maryland.  ECF No. 19 at 3.

Upon consideration thereof,

IT IS ORDERED THAT:

This petition and all its filings are transferred to the United States District Court for the District of Maryland pursuant to 28 U.S.C. § 1631.

FOR THE COURT

November 15, 2022                    /s/ Peter R. Marksteiner
       Date                          Peter R. Marksteiner
                                     Clerk of Court